# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN SALTER,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case Number :   12-cv-631 |
| | * | |
| **GREEN TREE SERVICING LLC,** | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF REMOVAL

COMES NOW Defendant, Green Tree Servicing LLC ("Green Tree"), and hereby gives notice of removal of the above-styled action from the Circuit Court of Baldwin County, Alabama, to the United States District Court for the Southern District of Alabama.  As grounds for its removal, Green Tree avers as follows:

1. On or about September 7, 2012, the above-styled action was commenced against Green Tree and certain fictitious party defendants in the Circuit Court of Baldwin County, Alabama, Case Number CV-2012-901169.00.

2. The only proceeding that has taken place in state court as to this matter is the filing of the Complaint.  Green Tree was served with the Complaint on or about September 17, 2012.  A copy of the state court file is attached hereto as **Exhibit A**.

3. This action is subject to removal on the basis of federal question jurisdiction in that the Complaint asserts claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") (See Count One), and supplemental jurisdiction over the state law claims, see 28 U.S.C. § 1367. This action also is subject to removal on the basis of diversity of citizenship in that there is complete diversity between the parties and the amount in controversy is in excess of this Court's jurisdictional minimum. See 28 U.S.C. §§ 1332 & 1441(a).

4. Plaintiff is a resident citizen of the State of Alabama, and Defendant Green Tree is a Delaware limited liability company with its principal place of business in Minnesota. [See Compl., ¶¶ 5, 5].

5. The Complaint also names several fictitious parties as defendants; however, their citizenship is to be ignored. See 28 U.S.C. § 1441(a).

6. Notice of removal of the above-styled action has been given to the Clerk of the Circuit Court of Baldwin County, Alabama, and to the Plaintiff, as required by 28 U.S.C. § 1446(d). [See **Exhibit B**, attached hereto].

WHEREFORE, Defendant Green Tree Servicing LLC prays that this Court will take jurisdiction of this matter.

Respectfully submitted this 4th day of October, 2012.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR. (ASB-3422-F55R)
Attorney for Defendant Green Tree Servicing LLC

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON &
  & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3126 Telephone
E-mail: RAH2@rsjg.com

## CERTIFICATE OF SERVICE

I certify that on the 4th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Mark Ryan, Esq.
A. Shane Weldon, Esq.

/s/ R. Austin Huffaker, Jr.
OF COUNSEL