IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN SALTER,            ) | |
| )             | |
| Plaintiff,       ) | |
| )             | |
| v.                         ) | Civil Action No. 12-00631-N |
| )             | |
| GREEN TREE SERVICES, LLC,  ) | |
| )             | |
| Defendant.   ) | |

## ORDER

On May 28, 2014, counsel for Defendant informed the Court that the parties have reached an agreement on settlement. It is therefore **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may reinstate this action within **thirty (30) days** after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim. Provided no party reinstates this action, final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure, shall be deemed as entered on **June 30, 2014**. The parties are to bear their own costs, unless otherwise agreed.

**DONE** and **ORDERED** this the 29th day of May, 2014.

 */s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**